**Order entered February 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01399-CV

**SEARCY FERGUSON AND THE ESTATE OF MARGARET MILLER, Appellants**

**V.**

**THE PLAZA HEALTH SERVICES AT EDGEMERE, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-13192**

## ORDER

The reporter's record in this case is overdue. On November 20, 2012 we notified Court Reporter Renee Drake the reporter's record was overdue. Although we directed her to file the record within thirty days, to date we have received no response. Accordingly, we **ORDER** Court Reporter Renee Drake to file either the reporter's record, written verification that no hearings were recorded, or written verification that appellants have not requested or paid for the record within **THIRTY DAYS** of the date of this order.

/s/     CAROLYN WRIGHT
          CHIEF JUSTICE